UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAREN TYLER,

        Plaintiff, *Pro se,*

**20 CV 1242**

**Civil Rights Complaint**
**42 U.S.C. § 1983**

-against-

Jury Demand

Yes _X___   No ____

DET. MAGGIO

DET. O'LEARY

        Defendant(s).

---

I.    Parties: (in item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

    A.   **Name of plaintiff**:   Taren Tyler

                             Clinton Correctional Facility
                             P.O. Box 2001
                             Dannemora, New York 12929
                             Din. Number: 19A1331

    B.   **List all defendants**: You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendant listed here must match the defendants named in the caption on page 1.

**Defendant No. 1**:         Detective Maggio
                              Full Name

                              Detective Warrant Division
                              Job Title

                              25th Precinct


RECEIVED FEB 12 2020 PRO SE OFFICE

New York, NY 10031
Address

**Defendant No. 2**:

Detective O'leary
Full Name

Detective
Job Title

25th precinct

New York, NY 10031
Address

**Defendant No. 3**:

Full Name

Job Title

Address

**Defendant No. 4**:

Full Name

Job Title

Address

**Defendant No. 5**:

Full Name

_____
Job Title

_____

_____
Address

II. **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the event occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary).

Where did the event giving rise to your claim(s) occur? In my personal Home

When did the events happen? (Include appropriate time and date) On March 7, 2017

**Facts:** On or about March 3, 2017, Detective Maggio and Others gained forcible entry into 22-45 Dix Avenue, Far Rockaway, NY Apt 4F. Detective Maggio broke my peephole and looked inside, and then broke down my door and arrested me without any search warrants of exigent circumstances. I was asleep when I heard a noise at the door. When I looked up there was a bright flash light pointing through the broken peephole. Before I could get up and get dressed I heard a loud thud and my door was broken off of the hinges. I asked the officers what this was about and I was immediately placed in handcuffs and then taken away. Tashae Tyler also witnessed the door broken off the hinges when she returned from work an hour later.

II. A **Injuries.** If you are claiming injuries as a result of the vents you are complaining about, describe your injuries and state what medical treatment you required: I sustained injury to my forehead and right shoulder rotor cuff. I was not given any treatment for these injuries while in custody.

III.     Relief:  State what relief you are seeking if you prevail on your complaint.

I would like the court to award me compensation for my physical injuries and damages I incurred from this false imprisonment. The amount requested is $500,000. The basis of this amount is for the damage done to my face and arms as well as my front door as well as the constitutional violations of my right to privacy as well as illegal search and seizure.

IV. Exhaustion of Administrative Remedies.

My claim did not arise while I was confined in jail or prison. Jail grievance procedures do not apply to this claim.

I filed a grievance with the Judicial Grievance Committee, for the officers violating my constitutional rights for making a warrentless entry into my home. This claim is still pending.

I informed my attorneys Mr. Mark Pollard, and Glenn Hardy Esq.

I have not had a case dismissed on the "three strikes rule"

I have not filed any lawsuits in state or federal court dealing with the same facts of the case.

I declare under penalty of perjury that on 2/5/20, I delivered this complaint to prison authorities at Clinton Correctional Facility to be mailed to the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/5/20

Sworn to before me this 5th
Day of February, 2020
_____
Notary Public

JOHN ANDREW FARRELL
Notary Public, State of New York
No. 01FA6381949
Qualified in Clinton County
Commission Expires 10/15/2022

_____
Signature of Plaintiff

Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929
Din. No.   19A1331

EXHIBIT A

11/15/2019

To whom it may concern, my name is Tashae T Tyler, on March 7th 2017 at 5 am I came home from work and my front door was removed from the hinges and I was directed to my mangement office, who repaired the damages done by unknown officers.... My brother was living with me for about 8 months because it was closer for him to get to his job at laguardia airport early in the morning.

*Tashae Tyler*

HABIBA A ALLANAH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6323875
Qualified in Nassau County
My Commission Expires: 04/27/2023

12/20/2019

## Affidavit of Service

State of New York
County of Clinton) ss.:

Taren Tyler, first being duly sworn, deposes and says that on the 5 day of 2, 2020, I did in fact give the attached **§ 1983 Civil Rights Complaint** to an officer at Clinton Correctional Facility to be duly carried to the following parties:

**Original and Copy**

Clerk
United States District Court
United States Court House
500 Pearl Street
New York, NY 10007

*Statement Pursuant to 28 U.S.C. 1746 I declare under the Penalty of Perjury that the Foregoing is true and correct.*

*Signed this 5th day of February, 2020*

Sworn to before me this 5th
Day of February, 2020
_____
Notary Public

JOHN ANDREW FARRELL
Notary Public, State of New York
No. 01FA6381949
Qualified in Clinton County
Commission Expires 10/15/2022

Respectfully Submitted

_____

Taren Tyler
Din. No: 19A1331
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

Date: 2/5/20

Clerk of the court
U.S. District Court
United States Court House
500 Pearl Street
Newyork, NY 10007

Shield #7681 Jason,
Shield #1340 John,

RE: Tyler v. Maggio and O'leary

Southern District Doc. No. _____

Dear Sir/Madam:

    Enclosed please find a copy of the following papers relevant to the Filing of A § 1983 Civil Rights Complaint

    A.    Civil rights Complaint

Sworn to before me this 5th
Day of February, 2020
_____
Notary Public

JOHN ANDREW FARRELL
Notary Public, State of New York
No. 01FA6381949
Qualified in Clinton County
Commission Expires 10/15/2022

Respectfully submitted

_____

Petitioner, Pro se



RECEIVED FEB 12 2020 PRO SE OFFICE

Taren Tyler
Din. No: 19A1331
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

Date: 2/5/20

Clerk of the court
U.S. District Court
United States Court House
500 Pearl Street
New York, NY 10007

RE: Shield #7681 Jason, Shield #1340 John,
Tyler v. Maggio and O'leary

Southern District Doc. No. _____

Dear Sir/Madam:

Enclosed please find a copy of the following papers relevant to the Filing of A § 1983 Civil Rights Complaint

    A.    Civil rights Complaint

Sworn to before me this 5th Day of February, 2020

_____
Notary Public

JOHN ANDREW FARRELL
Notary Public, State of New York
No. 01FA6381949
Qualified in Clinton County
Commission Expires 10/15/20 22

Respectfully submitted

_____
Petitioner, Pro se



RECEIVED FEB 12 2020 PRO SE OFFICE

Mr. Taron Tyler #19A1331
Clinton Correctional facility
P.O. Box 2000
Dannemora, New York 12929

CLINTON CORRECTIONAL FACILITY
LAW LIBRARY
LEGAL MAIL ONLY

Clerk of the Court
United States District Court
United States Court House
500 Pearl Street
New York, New York 10007

Pro Se Inmate

