To: Hon. Taryn Merkl
From: Taren Tyler #19a1331
Date: 11·11·2025
Re: Motion for Assignment of Counsel –

Hello, I am writing to update the Court regarding status of counsel. I have had some success with potential new counsel (Beldock Levine & Hoffman) 99 Park Ave, NY NY 10016 in the form of discussions about possible representation in these matters. However I havent been able to get a full committment yet. Mr. Cannon esq is reviewing my file now. If it pleases the Court I would ask the Court to Assign Counsel for me if the aforementioned attorney has not chosen to represent me by the date of the next conference. I thank the Court for its time and consideration in this matter.

Respectfully
T. Tyler 19a1331

FILED U.S. DISTRICT COURT NOV 18 2025 BROOKLYN

ORIGINAL

RECD IN PRO SE OFFICE NOV 18 '25 PM 12:42

GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Tauren Tyler          DIN: 19A1331

Legal Mail

11201-183299

Hon. Taryn Merkl
Eastern District Court
225 Cadman Plaza
Brooklyn, New York 11201
Attn: Magistrate Judge

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Taven Tyler   DIN: 19A1331

\*Longer man\*

 Printed On Recycled Paper