UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

TAREN TYLER,

                                            Plaintiff,

           -against-

DETECTIVE JASON MAGGIO, ET AL.,

                                           Defendants.

**SUGGESTION OF DEATH OF PLAINTIFF TAREN TYLER UPON THE RECORD UNDER RULE 25(A)(1)**

20-CV-1714 (HG) (TAM)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 25, the undersigned, as counsel for defendants Maggio and O'Leary, affirms the truth of the following:

        On December 18, 2025, Green Haven Correctional Facility informed defense counsel that plaintiff recently passed away. Additionally, the publicly available New York State Department of Corrections and Community Supervision Incarcerated Lookup service lists plaintiff's "Latest Release Date/Type" as "12/01/25 DECEASED."

        **WHEREFORE,** the defendants suggest upon the record that plaintiff Taren Tyler is deceased; and

        **WHEREFORE,** the defendants hereby request that any motion for substitution of proper party be timely made within ninety (90) days of this date.

Dated: December 18, 2025
New York, New York

        MURIEL GOODE-TRUFANT
        Corporation Counsel of the City of New York
        *Attorney for Defendants Maggio and O'Leary*
        100 Church Street, Room 3-196
        New York, New York 10007
        (212) 356-2322

By:     /s/ *Zachary Kalmbach*
        Zachary Kalmbach[1]
        *Senior Counsel*

---

[1] This case has been assigned to Assistant Corporation Counsel Joanne Ling, who is not yet admitted to the New York State Bar. Ms. Ling is handling this matter under my supervision and may be reached at (212) 356-3518 or jling@law.nyc.gov.