

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY KALMBACH**
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

January 5, 2026

**By ECF**
Honorable Hector Gonzalez
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

    Re:    Tyler v. City of New York, et al.,
              20-CV-1714 (HG) (TAM)

Your Honor:

      I represent the defendants in the above-referenced matter. Defendants write pursuant to the Court's Order dated December 18, 2025, which "directed the parties to meet and confer and file a joint proposal on or before January 5, 2026," regarding Taren Tyler's recent passing. (See Docket Entry dated December 18, 2025).

      By way of background, on December 9, 2025, at attorney from Kaishian & Mortazavi LLC emailed chambers, stating "I am writing with a procedural question. Plaintiff Taren Tyler in the above-referenced case passed away in custody last week. We will be representing his Estate in this case. However, an administrator for the Estate has not yet been appointed by the Surrogate's Court, so we do not yet technically have authority to file a notice of appearance in the matter, because we do not yet have authority to represent the Estate. Please inform us how we should proceed and how to best request an abeyance until an Estate administrator is appointed." In response, the Court issued the above-referenced December 18, 2025 Order, directing "the parties" to file a joint letter by January 5, 2026.

      On January 2, 2026, defense counsel spoke with Masoud Mortazavi from Kaishian & Mortazavi LLC, who stated that his firm had been retained by Mr. Tyler's family to investigate a possible wrongful death action against New York State regarding the circumstances of Mr. Tyler's death. Mr. Mortazavi also stated that his firm has not yet decided whether it would represent Mr. Tyler's estate in this matter. In any event, any such decision is premature as an administrator has not been appointed and thus there is no party authorized to retain an attorney and/or decide to continue this action.

Accordingly, defendants respectfully submit that the Court should refrain from taking any action at this time.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

cc: **Via ECF**
All counsel of record