

| STEVEN BANKS | THE CITY OF NEW YORK | ZACHARY KALMBACH |
| --- | --- | --- |
| *Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | *Senior Counsel*<br>phone: (212) 356-2322<br>fax: (212) 356-3509<br>zkalmbac@law.nyc.gov |

March 6, 2026

**By ECF**
The Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

    Re:    Tyler v. City of New York, et al.,
              20-CV-1714 (HG) (TAM)

Your Honor:

    I represent the defendants in the above-referenced matter. Defendants write pursuant to the Court's Order dated January 5, 2026, which "directs the parties to file a status update by March 6, 2026, providing an update as to the status of the appointment of an administrator and whether this action will be continued, if known." (See Docket Entry dated January 5, 2026).

    On March 6, 2026, defense counsel spoke with Masoud Mortazavi from Kaishian & Mortazavi LLC, who subsequently informed me of the following in writing:

    The proposed administrator is Plaintiff/Decedent's brother, Toni Tyler. The Estate Petition will be filed in Kings County Surrogate's Court once all the petition documents, are duly executed, inclusive of administration waivers and consent from all of Plaintiff/Decedent's siblings. At this time, the Proposed Administrator intends to continue the instant action once he has been designated as Administrator of Plaintiff/Decedent's Estate.

    Thank you for your time and consideration.

                                        Respectfully submitted,

                                        /s/ *Zachary Kalmbach*
                                        Zachary Kalmbach
                                        *Senior Counsel*

cc:    **Via ECF**
       All counsel of record